UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| CAMP FLINTLOCK, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:13-CV-812-FL |
| GRAYDON LEE STEPHENSON, and | ) | |
| LAURA YOUNG STEPHENSON, | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appellant's motion for leave to appeal the bankruptcy court's October 25, 2013, order denying appellant's motion for summary judgment in adversary proceeding No. 12-00228-8-ATS, in bankruptcy case No. 12-000357-8-ATS.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 18, 2013, that the court finds no basis upon which to exercise its appellate review over the bankruptcy court's order denying appellant's motion for summary judgment and the appellant's motion for leave to appeal is denied.

**This Judgment Filed and Entered on December 18, 2013, and Copies To:**

William P. Janvier (via CM/ECF Notice of Electronic Filing)
Jeffrey Michael Cook (via CM/ECF Notice of Electronic Filing)
Samantha Y. Moore (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| December 18, 2013 | JULIE A. RICHARDS, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |